IN THE IOWA DISTRICT COURT FOR SCOTT COUNTY

| | |
|---|---|
| TRICITY HOSPITALITY, INC., an Iowa corporation, | ) ) ) |
| Petitioner, | ) ) ) Case No. |
| vs. | ) ) ORIGINAL NOTICE |
| AMGUARD INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

TO THE DEFENDANT:

AMGUARD INSURANCE COMPANY, c/o registered agent, Registered Agent, 16 South River Street, Wilkes-Barre, PA 18703

You are notified that a petition has been filed in the office of the clerk of this court naming you as the defendants in this action.  A copy of the petition (and any documents filed with it) is attached to this notice. The names and addresses of the attorneys for the Petitioner are Califf & Harper, P.C., 1515 5th Avenue, Suite 700, Moline, Illinois 61265. The attorneys' phone number is (309) 764-8300 and facsimile number is (309) 405-1735.

You are further notified that the above case has been filed in a county that utilizes electronic filing.  Unless, within 60 days after service of this original notice upon you, you serve, and within a reasonable time thereafter file a motion or answer, in the Iowa District Court for Scott County, at the courthouse in Davenport, Iowa, judgment by default will be rendered against you for the relief demanded in the petition.  Please see Iowa Court Rules Chapter 16 for information on electronic filing and Iowa Court Rules Chapter 16, division VI regarding the protection of personal information in court filings.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (563) 328-4145. (If you are hearing impaired, call Relay Iowa TTY at (800) 735-2942.)

NOTE: The attorney who is expected to represent the defendant should be promptly advised by defendant of the service of this notice.

**Important**:  YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.

knd.doc.1315



EXHIBIT A

E-FILED  2022 AUG 11 9:52 AM SCOTT - CLERK OF DISTRICT COURT

# Iowa Judicial Branch

Case No. **LACE135259**
County **Scott**

Case Title   TRICITY HOSPITALITY VS AMGUARD INSURANCE COMPANY

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(563) 328-4145** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/. **Disability access coordinators cannot provide legal advice.**

*Date Issued*  **08/11/2022 09:52:50 AM**



*District Clerk of Court or/by Clerk's Designee of* Scott          County
**/s/ Shelley Korf**

IN THE IOWA DISTRICT COURT FOR SCOTT COUNTY

| | |
|---|---|
| TRICITY HOSPITALITY, INC., an Iowa corporation, | ) ) ) |
| Petitioner, | ) ) ) Case No. |
| vs. | ) ) PETITION AT LAW AND |
| AMGUARD INSURANCE COMPANY, | ) JURY DEMAND ) |
| Defendant. | ) |

NOW COMES Petitioner, TRICITY HOSPITALITY, INC., an Iowa corporation ("THI"), by and through its attorneys, CALIFF & HARPER, P.C., and for its Petition at Law and Jury Demand, states as follows:

## RELEVANT FACTS

1. THI is an Iowa corporation.

2. THI owns fee simple title to the real estate and improvements commonly known La Quinta Inn located at 3330 E. Kimberly Road, Davenport, Iowa 52807, Parcel ID N2002-02B ("Subject Property").

3. The Defendant, AMGUARD INSURANCE COMPANY ("AmGuard"), during all material times was and is an insurance company with its principal place of business located in Wilkes-Barre, Pennsylvania.

4. Jurisdiction and venue are proper in this District, pursuant to Iowa Code § 616.10 because Scott County is the county in which the loss to the insured, THI, occurred.

5. AmGuard issued a policy to THI for the Subject Property, effective March 26, 2020 through March 26, 2021, which policy was assigned Policy No. TRBP110140 ("Policy"). Attached as Exhibit 1 is a copy of the Policy.

6. By its express terms and conditions, the Policy provides coverage for direct physical losses to the Subject Property caused by, among other things, windstorm and hail.

7. By securing such Policy from AmGuard, it was the intent of THI to purchase the peace of mind that, should the Subject Property be damaged or destroyed by any of the insured events described in the Policy, including windstorm or hail, THI would be made whole by the insurer, AmGuard.

8. On April 7, 2020, as reported and confirmed by the National Weather Service, severe thunderstorms developed along a cold front across eastern Iowa and northwest Illinois with occasional lightning, heavy downpours and very large hail—ping pong ball to baseball sized hail.

9. The Subject Property was directly damaged by the April 7, 2020 weather event, which damaged, among other things, the Subject Property's roof, which also caused interior damage to the Subject Property.

10. THI provided prompt notice to AmGuard of its loss, which AmGuard assigned Claim No. TRBP110040-002-002-002 ("Claim").

11. AmGuard has approved replacement of approximately half of the Subject Property's roof and has verbally acknowledged the interior damage caused by the April 7, 2020 weather event.

12. However, AmGuard has refused to provide coverage to replace all of the Subject Property's damaged roof, and has refused to provide any coverage determination with respect to the interior damage caused by the April 7, 2020 weather event.

13. On March 3, 2022, THI caused to be issued a written appraisal demand to AmGuard, pursuant to the Policy. (*See* Exhibit 1 at 43 (page 3 of 4 of Form BP 01 92 11 05)).

14. AmGuard failed to respond to THI's appraisal demand.

15. On June 15, 2022, THI's legal counsel sent a demand letter to AmGuard, to which AmGuard failed to substantively respond.

## COUNT I
## BREACH OF CONTRACT

1-15. As paragraphs 1-15 of this Count I, THI repeats and realleges paragraphs 1-15 of this Petition, as though fully set forth herein.

16. AmGuard's refusal to indemnify THI for the losses sustained to the Subject Property by the April 7, 2020 weather event constitutes a breach of the Policy.

17. As a direct cause of said breach, THI has been damaged in an amount up to the Policy limits.

18. As a direct cause of said breach, THI has suffered consequential damages, including, but not limited to, appraiser fees, umpire fees, expert witness fees, attorney fees, court costs.

WHEREFORE, the Petitioner, TRICITY HOSPITALITY, INC., an Iowa corporation, respectfully prays for a judgment in its favor and against the Defendant, AMGUARD INSURANCE COMPANY, in an amount determined at trial, with interest from the date of filing and its costs incurred by bringing this action.

## COUNT II
## BAD FAITH DENIAL OF COVERAGE

1-15. As paragraphs 1-15 of this Count II, THI repeats and realleges paragraphs 1-15 of this Petition, as though fully set forth herein.

16. The intent of the Policy issued by AmGuard, was to provide the peace of mind to THI that, should the Subject Property be damaged or destroyed by any of the insured events described in the Policy, including windstorm or hail, THI would be made whole by AmGuard.

17. Throughout the Claim process, AmGuard has employed delay tactics and failed to reasonably communicate with THI and its agents regarding its coverage determinations.

18. Further, AmGuard has—without reasonable justification—failed to provide THI the benefits of the Policy, as outlined herein.

19. AmGuard's delay tactics, failure to communicate with THI and unreasonable denial of coverage determination constitutes bad faith, which was done in willful and wanton disregard of THI's rights, and entitles THI to an award of punitive damages.

20. THI has been damaged by AmGuard's foregoing bad faith conduct in an amount to be determined at trial.

WHEREFORE, the Petitioner, TRICITY HOSPITALITY, INC., an Iowa corporation, respectfully prays for a judgment in its favor and against the Defendant, AMGUARD INSURANCE COMPANY, in an amount determined at trial, plus punitive damages, interest from the date of filing, costs, attorney fees and any further relief this Court deems appropriate.

## JURY DEMAND

NOW COMES Petitioner, TRICITY HOSPITALITY, INC., an Iowa corporation, by and through its attorneys, CALIFF & HARPER, P.C., pursuant to Iowa R. Civ. P. 1. 902, and hereby demands a trial by jury of all claims subject to trial before a jury.

        TRICITY HOSPITALITY, INC., an Iowa corporation, Petitioner

            /s/ Keisha N. Douglas
By: _____
            Keisha N. Douglas
For:   CALIFF & HARPER, P.C.

Keisha N. Douglas
ICIS No. AT0013256
CALIFF & HARPER, P.C.
1515 5th Avenue, Suite 700
Moline, Illinois 61265
Telephone:   (309) 764-8300
Email:   kdouglas@califf.com

knd.doc.1313

## AFFIDAVIT OF SERVICE

**State of Iowa**            **County of Scott**            **District Court Court**

Case Number: LACE135259

Plaintiff:
**TRICITY HOSPITALITY, INC., AN IOWA CORPORATION**

vs.

Defendant:
**AMGUARD INSURANCE COMPANY**

Received these papers to be served on **Amguard Isuarnce Company, 39 Public Square, Wilkes-Barre, PA 18702**.

I, Brian Duffy, being duly sworn, depose and say that on the **17th day of August, 2022** at **2:30 pm**, I:

**SUBSTITUTE** served by delivering a true copy of the **Notice, Petition at Law and Jury Demand** with the date and hour of service endorsed thereon by me, to: **Shelia Senghlass as Security/Records Custodian**, a person employed therein and authorized to accept service for **Amguard Isuarnce Company** at the address of: **39 Public Square, Wilkes-Barre, PA 18702**, the within named person's usual place of **Work**, in compliance with State Statutes.

**Description** of Person Served: Age: 53, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 155, Hair: Red/Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the ___ day of _____, ____ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_____
**Brian Duffy**
Process Server

Our Job Serial Number: KDA-2022000878

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2f

**EXHIBIT B**

E-FILED  2022 AUG 23 11:06 AM SCOTT - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT FOR SCOTT COUNTY

| | |
|---|---|
| TRICITY HOSPITALITY, INC., an Iowa corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMGUARD INSURANCE COMPANY,<br><br>Defendant. | CASE NO. LACE135259<br><br>**APPEARANCE OF MICHAEL C. RICHARDS ON BEHALF OF DEFENDANT AMGUARD INSURANCE COMPANY** |

COMES NOW Michael C. Richards of Dentons Davis Brown PC law firm and enters his appearance on behalf of Defendant AmGuard Insurance Company.

/s/ Michael C. Richards
Michael C. Richards, AT0010828
DENTONS DAVIS BROWN PC
215 10th Street, Suite 1300
Des Moines, Iowa  50309
Telephone:  (515) 288-2500
Facsimile:  (515) 243-0654
Email: mike.richards@dentons.com

ATTORNEYS FOR DEFENDANT
AMGUARD INSURANCE COMPANY

Copies to:

Keisha N. Douglas
CALIFF & HARPER, P.C.
1515 5th Avenue, Suite 700
Moline, Illinois 61265
Email: kdouglas@califf.com

ATTORNEY FOR PLAINTIFF

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the attorneys of record of all parties to the above-entitled cause herein at their respective addresses disclosed on the pleadings on **August 23, 2022,** by:

__ U.S. Mail                  __ FAX
__ Hand Delivered     __ Overnight Courier
__ Federal Express     X  Other: CM-ECF/EDMS

Signature:  /s/ Michael C. Richards

EXHIBIT
___C___

#3387606

IN THE IOWA DISTRICT COURT FOR SCOTT COUNTY

| | |
|---|---|
| TRICITY HOSPITALITY, INC., an Iowa Corporation,<br><br>　　　Plaintiff,<br><br>v.<br><br>AMGUARD INSURANCE COMPANY,<br><br>　　　Defendant. | CASE NO. LACE135259<br><br>**NOTICE OF FILING NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA** |

Defendant AmGUARD Insurance Company hereby gives notice that it has removed this case to the United States District Court for the Southern District of Iowa, Davenport Division.

Please take further notice that pursuant to 28 U.S.C. § 1446, the filing of the notice of removal in the United States District Court for the Southern District of Iowa, together with the filing of a copy of the notice with this court, effects the removal of this action and no further proceedings may be had unless and until the case is remanded.

　　　　　　　　　　　　　　　　　/s/ Michael C. Richards
　　　　　　　　　　　　　　　　　Michael C. Richards, AT0010828
　　　　　　　　　　　　　　　　　DENTONS DAVIS BROWN PC
　　　　　　　　　　　　　　　　　215 10th Street, Suite 1300
　　　　　　　　　　　　　　　　　Des Moines, Iowa 50309
　　　　　　　　　　　　　　　　　Telephone: (515) 288-2500
　　　　　　　　　　　　　　　　　Facsimile: (515) 243-0654
　　　　　　　　　　　　　　　　　Email: mike.richards@dentons.com

　　　　　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANT
　　　　　　　　　　　　　　　　　AMGUARD INSURANCE COMPANY

EXHIBIT D

#3389885

| | |
|---|---|
| Copies to:<br><br>Keisha N. Douglas<br>CALIFF & HARPER, P.C.<br>1515 5th Avenue, Suite 700<br>Moline, Illinois 61265<br>Email: kdouglas@califf.com<br><br>ATTORNEY FOR PLAINTIFF | **PROOF OF SERVICE**<br><br>The undersigned certifies that the foregoing instrument was served upon each of the attorneys of record of all parties to the above-entitled cause herein at their respective addresses disclosed on the pleadings on **September 6, 2022,** by:<br><br>__ U.S. Mail         __ FAX<br>__ Hand Delivered   __ Overnight Courier<br>__ Federal Express  X Other: CM-ECF/EDMS<br><br>Signature: /s/ Michael C. Richards |

2